# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

AMERIHOME MORTGAGE COMPANY,
LLC                                                                    PLAINTIFF

v.                              No. 4:25-cv-151-DPM

LANCE DEWAYNE JACKSON and USA,
on behalf of the Secretary of Housing and
Urban Development                                        DEFENDANTS

## ORDER

Despite diligent inquiry during August 2025 through January 2026, AmeriHome has been unable to locate Lance Dewayne Jackson to serve him with the complaint and summons. *Doc. 5, 12, 16, & 19.* AmeriHome may therefore proceed with service by warning order. This is the best that can be done in the circumstances; and it's consistent with due process and the applicable Rules. *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306,317 (1950); Fed. R. Civ. P. 4(e)(l); Ark. R. Civ. P. 4(g)(4). For good cause, the Court reopens and extends the time for service to 13 April 2026. Fed. R. Civ. P. 4(m). AmeriHome must file a proposed warning order, and suggest particulars about publication and other means of notification, by 20 February 2026. Motion, *Doc. 19,* reluctantly granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_10 February 2024_