IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AMERIHOME MORTGAGE COMPANY,
LLC                                                              PLAINTIFF

v.                              No. 4:25-cv-151-DPM

LANCE DEWAYNE JACKSON and USA,
on behalf of the Secretary of Housing and
Urban Development                                    DEFENDANTS

### ORDER

AmeriHome's plan and proposed Warning Order, *Doc. 21*, is approved as specified.

The specifications: AmeriHome must follow the terms of Arkansas Rule of Civil Procedure 4(g)(3)(A)–(D) exactly—and then some. It must take extra steps that, considering all the circumstances, are needed to maximize the chance that Jackson will get notice of the lawsuit. *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950). AmeriHome must cause this Warning Order to be published in the state-wide print and online editions of the *Arkansas Democrat-Gazette*. The Court approves of its proposal to publish the Warning Order once a week for four consecutive weeks. *Doc. 21 at 1*. AmeriHome must file proof of publication. Ark. R. Civ. P. 4(g)(3)(B)(iii). It must also serve this Warning Order, the complaint, and the summons on Jackson by certified mail to all known recent

addresses and by email (with tracking) to any available email address. Any future request for default Judgment must comply strictly with Arkansas Rule 4(g)(3)(D).  The Court made some changes to the draft warning order, *Doc. 21-1*.  It will issue the Order with its changes today. The Court's Warning Order is the only one that the parties should circulate.

So Ordered.

*WPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

9 March 2026