# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**AMERIHOME MORTGAGE COMPANY, LLC**                                      **PLAINTIFF**

**v.**                          **No. 4:25-cv-151-DPM**

**LANCE DEWAYNE JACKSON and USA, on behalf of the Secretary of Housing and Urban Development**                          **DEFENDANTS**

## WARNING ORDER

The Court notifies Lance Dewayne Jackson that AmeriHome Mortgage Company, LLC has filed a case against you in the United States District Court, Eastern District of Arkansas, Central Division. AmeriHome's lawyers are Marinosci Law Group, 16415 Addison Road, Suite 725, Addison, Texas 75501, and 415 North McKinley Street, Suite 360, Little Rock, Arkansas 72205. You can get a copy of the complaint and summons from AmeriHome's lawyers or the Clerk of Court. Copies are also being sent to you.

This is a foreclosure action. The real property to be affected is:

Lot 6, in Block 1, of Heyden's North Little Rock Heights addition to the City of North Little Rock, Arkansas; and part of the SE 1/4 of the SW 1/4 of Section 22, Township 2 North, Range 12 West, in the City of North Little Rock, Pulaski County, Arkansas, more particularly described as follows: beginning at the southeast corner of Lot 6, Block 1, of Heyden's North Little Rock Heights addition to the City of

North Little Rock; thence northwesterly along the east line of said Lot 6 a distance of 120 feet to the southeast corner of Lot 5, Block 1, of said addition; thence northwesterly along the east line of said Lot 5 a distance of 109 feet to a point where said east line of Lot 5 intersects the south line of an existing rock wall thence with a deflection angle of 102°58′ right; northeasterly 46.5 feet; thence with a deflection angle of 80°16′ right, southeasterly 121.68 feet; thence with a deflection angle of 11°28′ right, southeasterly 134.96 feet to a chain link fence; thence with a deflection angle of 113°45′ right, northwesterly 77.17 feet to the point of beginning, containing 0.3 acre, more or less.

And more commonly known as: 3 South Avalon Drive, North Little Rock, Arkansas 72118. The full record is available with the Clerk of Court.

You must appear and defend by filing your answer or other responsive pleading within thirty days of the date of the first publication of this Warning Order. If you do not do so, the facts alleged in the complaint will be deemed admitted, and you will face entry of Judgment by default. Lance Dewayne Jackson, or any person desiring to be heard concerning this action, is hereby notified.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 March 2026