# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**AMERIHOME MORTGAGE COMPANY, LLC**                                    **PLAINTIFF**

v.                          **No. 4:25-cv-151-DPM**

**LANCE DEWAYNE JACKSON and USA,**
**on behalf of the Secretary of Housing and**
**Urban Development**                                    **DEFENDANTS**

## ORDER

Motion to stay, *Doc. 27*, noted.   The Court needs more information. Jackson hasn't appeared, and AmeriHome said it couldn't find him for service. *Doc. 19.* The Court allowed service by Warning Order. *Doc. 20 & 22.* But AmeriHome now says that it's considering Jackson for a loss mitigation workout, and that the parties are engaging in settlement negotiations. *Doc. 27.* Did AmeriHome find Jackson? Are the parties communicating? If AmeriHome isn't in contact with Jackson, how is it considering him for a loss mitigation workout? AmeriHome's addendum answering these questions is due by 28 May 2026.

-2-

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_21 May 2026_