IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AMERIHOME MORTGAGE COMPANY,
LLC                                                                      PLAINTIFF

v.                                          No. 4:25-cv-151-DPM

LANCE DEWAYNE JACKSON and USA,
on behalf of the Secretary of Housing and
Urban Development                                           DEFENDANTS

## ORDER

Addendum appreciated. Motion to stay, *Doc. 27*, granted as modified. Case stayed and administratively terminated. AmeriHome must file a status report on 11 December 2026 and every six months thereafter, until further notice. If no progress is made in the case, the Court will lift the stay and either dismiss without prejudice or enter Judgment by default (if AmeriHome provides sufficient record materials).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 June 2026